**JWB**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mario C. Zapata, | No. CV 1-08-0672-GMS |
| Plaintiff, | **ORDER** |
| vs. | |
| D. Holzboog, et al., | |
| Defendants. | |

Plaintiff has filed a Request for Voluntary Dismissal (Doc. # 10). Plaintiff's request will be granted and this action will be dismissed without prejudice.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may dismiss an action without order of court by filing a notice of dismissal at any time before service of an answer. There is not a pending live Complaint before the Court, and therefore no answer has been filed. The right to voluntarily dismiss an action under these circumstances is, therefore, absolute. Commercial Space Management Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999). Voluntary dismissal, however, does not alleviate the responsibility to pay the filing fee. Id. All prisoners who file civil actions *in forma pauperis must* pay the full amount of the filing fee. Taylor v. Delatoore, 281 F.3d 844, 847 (9th Cir. 2002).

**IT IS THEREFORE ORDERED** that Plaintiff's Request for Voluntary Dismissal (Doc. # 10) is **GRANTED**.

1     **IT IS FURTHER ORDERED** that the Clerk of Court must terminate this action.

2     DATED this 13th day of July, 2009.

                            G. Murray Snow
                            United States District Judge